IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KARL HOUSE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-3704 |
| | § | |
| S. P. RICHARDS CORPORATION, | § | |
| *et al.*, | § | |
|     Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between Plaintiff and Defendants. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **July 14, 2014,** that the settlement could not be completely documented.

SIGNED at Houston, Texas this 12th day of **June, 2014**.

_____
Nancy F. Atlas
United States District Judge